UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 16, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARK YOUNG,<br><br>Defendant. | Case No. 2:20-mj-175-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER MARK YOUNG , Case No. 2:20-mj-175-KJN  Charge 18 USC § 3583 , from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

      Unsecured Appearance Bond $ _____

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

**X** (Other): Deft to be released at 9 AM on 11/17/20 to the custody of his brother, David Young, to be transported directly to Wellspace. Same terms and conditions of supervised release previously imposed.

Issued at Sacramento, California on November 16, 2020 at __2:20 pm___.

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney